RAFAEL ARGÜELLES FERNÁNDEZ, demandante y apelado, *v.* PEDRO COSME y PROVIDENCIA RIVERA, demandados y apelantes.

No. 6060.—*Sometido:* Noviembre 25, 1932. *Resuelto:* Diciembre 9, 1932.

*Armando A. Miranda*, abogado de los apelantes; *I. Morales Acosta, Molina, Dubón & Ochoteco*, abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Se trata en este caso de un procedimiento de desahucio en el que los demandados se limitaron a hacer una negación general de los hechos de la demanda y en el que después de practicadas las pruebas y de quedar el caso sometido a la corte para su decisión, seis días después presentó el demandante moción a la corte desistiendo de su acción. Fundándose la corte en esa moción dictó sentencia teniendo al demandante por desistido de su pleito con las costas pero sin honorarios de abogado. Contra ese fallo fué interpuesta esta apelación.

■■ Según el artículo 192 del Código de Enjuiciamiento Civil se podrá desistir de una demanda o declararse abandonada en varios casos, siendo el primero de ellos por el mismo demandante en cualquier tiempo antes del juicio, excepto en determinadas circunstancias que no existen en este caso; y según el cuarto por la corte, cuando durante el juicio y antes de la resolución final del caso lo abandona el demandante.

El caso primero citado autoriza a un demandante a desistir de su acción cuando presenta tal escrito antes del juicio; y como en este caso esa solicitud del demandante fué presentada después del juicio y mientras el pleito estaba sometido para su decisión final a la corte, ésta no estaba autorizada. para dictar la sentencia que es objeto de esta apelación. *Heilin* v. *Castro,* 22 Cal. 102; *Casey* v. *Jordán,* 68 Cal. 246; *MacDermot* v. *Grant,* 181 Cal. 332; *State* v. *Riley,* de la Corte Suprema de Missouri, 118 S.E. 647. En el caso de MacDermot, *supra,* y en otros que en él se citan se interpretan las palabras ''antes del juicio'' en el sentido de que significan ''antes de sumisión,'' y dice que un caso ha sido sometido después que la corte lo ha tomado para su resolución al terminar la prueba y los argumentos.

■ El apelado alega que la sentencia recurrida no está fundada en el párrafo primero sino en el cuarto del artículo 192 citado y que por eso debe ser sostenida, pero esto no es así porque ese caso se refiere a la desestimación que se dicta por la corte sin petición del demandante por lo que no tiene relación con el caso presente.

Es innecesario decidir si la sentencia apelada debió incluir honorarios de abogado en la condena de costas, que es el segundo motivo del recurso, toda vez que *la sentencia apelada debe ser revocada.*